1657-14

# ELECTRONIC RECORD

COA # 14-13-00457-CR

OFFENSE: Misc.

STYLE: Valdemar Bautista v The State of Texas

COUNTY: Waller

COA DISPOSITION: Affirmed

TRIAL COURT: 506th District Court

DATE: November 20, 2014   Publish: Yes

TC CASE #:11-05-13821

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Valdemar Bautista v The State of Texas

CCA # _____

_____ APPELLANT'S Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED ,

DATE: ___ 03/18/2015 _____

JUDGE: ___ Per Curiam _____

CCA Disposition: ___ 1657-14

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**